IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAUNDRA RIVERS & TONI NORRIS, INDIVIDUALLY AND BEHALF OF ALL OTHERS SIMILARLY SITUATED, | : : : : : | CIVIL ACTION<br><br>NO. 22-1476 |
| v. | : : | |
| AMERICAN CENTURY LIFE INSURANCE COMPANY, | : : | |

## ORDER

AND NOW, this 12th day of April, 2023, upon consideration of Defendant American Century Life Insurance Company's Motion to Dismiss Pursuant to Fed. R. Civ. P. Nos. 12(b)(1) and 12(b)(2) for Lack of Subject Matter and Personal Jurisdiction and to Rule 12(b)(4) for Improper Venue (Document No. 6), Plaintiffs' Response in Opposition and the Parties' supplemental filings with respect thereto, it is hereby ORDERED that the Motion is GRANTED and this case is DISMISSED for lack of subject matter and personal jurisdiction for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,      C.J.